United States District Court
Southern District of Texas
**ENTERED**
July 24, 2020
David J. Bradley, Clerk

IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SERAH DUNPHY,** on Behalf of Herself and on Behalf of Others Similarly Situated, Plaintiffs, <br> v. <br><br> **PROJECT ARISTOCRAT LIFE FOUNDATION, WERUNTEXAS, LLC d/b/a MERCY, WE RUN HOU, LLC d/b/a ENGINE ROOM, JONATHAN REITZELL, STEVEN A. ROGERS, JOHN CARAVELLO, TANNER COX, AND MOHEED MARTINS, JR.** <br> Defendants. | § § § § § § § § § § § § § § § | CA No. 4:17-cv-1225 <br><br> JURY DEMANDED |

## **FINAL JUDGMENT**

The Plaintiffs have moved for the entry of Final Judgment, jointly and severally against Defendants Defendants WeRunTexas, LLC d/b/a Mercy, Jonathan Reitzell, Steven A. Rogers and Moheed Martins, Jr.

After considering the motion on file and reviewing the record of this case, this Court finds that Defendants have collectively breached the Settlement Agreement that was reached following a settlement conference presided over by the United States Magistrate Judge assigned to conduct the settlement conference.

Accordingly, Plaintiffs' Motion for Entry of Judgment is GRANTED.

IT IS ORDERED THAT Plaintiffs are awarded the amount of $40,980.00 from Defendants WeRunTexas, LLC d/b/a Mercy, Jonathan Reitzell, Steven A. Rogers and Moheed Martins, Jr. jointly and severally. Post-judgment interest is assessed at ~~5%~~ 0.15 % per annum.

If this judgment is not timely paid, let execution issue.

This is a Final Judgment.

SIGNED ON ___July 23___, 2020

_____
SENIOR UNITED STATES DISTRICT JUDGE